■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL ALICEA, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Kay, J.), rendered November 13, 1980, convicting him of rape in the first degree, robbery in the first degree, criminal possession of stolen property in the third degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing concurrent sentences of 6 to 12 years on the first two counts and one year on the last two counts, upon his adjudication as a second felony offender. Judgment modified, on the law, by vacating the sentences and the determination that defendant is a second felony offender. As so modified, judgment affirmed and the matter is remitted to the Supreme Court, Kings County, for resentencing in accordance herewith. During the allocution upon the defendant's plea of guilty to the predicate felony herein, the defendant was not told, nor did the People show that he knew, that by pleading guilty he was waiving (1) his right to confront witnesses and (2) his privilege against self incrimination. Under such circumstances, that conviction cannot be deemed a predicate felony for purposes of sentencing pursuant to section 70.06 of the Penal Law (People v De Berry, 73 AD2d 652; People v Pruitt, 83 AD2d 872). We have reviewed defendant's remaining contentions and find them to be without merit. Damiani, J. P., O'Connor, Thompson and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BENNETTE, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Lentol, J.), rendered May 18, 1977, convicting him of robbery in the first degree, burglary in the first degree and assault in the second degree, upon a jury verdict, and imposing sentence. By order dated March 9, 1981, this court reversed the judgment and ordered a new trial (People v Bennette, 80 AD2d 858). On May 11, 1982, the Court of Appeals reversed this court's order and remitted the matter to this court for consideration of the facts (56 NY2d 142). Judgment affirmed. No opinion. Mollen, P. J., Titone, Gulotta and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIA DELANEY, Appellant. — Appeal by defendant from an amended judgment of the County Court, Nassau County (Goodman, J.), rendered October 23, 1981, which, upon finding that defendant had violated the conditions of a previously imposed sentence of probation, revoked that sentence and imposed a sentence of imprisonment of from one and one-third to four years. Amended judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to probation for a period of five years. As so modified, amended judgment affirmed and case remitted to the County Court, Nassau County, for the imposition of the conditions of probation. Under the circumstances of this case, the imposition of a sentence of imprisonment was excessive. Mollen, P. J., Niehoff, Rubin and Boyers, JJ., concur.